IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYANN KOVACH,<br>    Plaintiff,<br><br>v.<br><br>COVENTRY HEALTH CARE,<br>INC., ET AL.,<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 10-536<br>)<br>)<br>)<br>) |

ORDER

AND NOW this 3rd day of May, 2010, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_____, J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All parties of record